TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00819-CV

Roy T. Pool and Ed Baker, Appellants

v.

Lewis Wanzer, Individually and as Next Friend of Karen Wanzer, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. 234,418, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

PER CURIAM

 Roy T. Pool and Ed Baker have filed a motion to dismiss their appeal. The
granting of the motion must not prevent any other party from seeking any relief to which it would
otherwise be entitled. See Tex. R. App. P. 42.1(a)(2). No other notices of appeal have been filed
with this Court in this case. We grant the motion and dismiss this appeal.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Appellants' Motion

Filed: March 12, 1998

Do Not Publish